IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| H. KEVIN INGRAM, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 04-2717-D |
| EXXON MOBIL CORPORATION And SPENCER GIFTS, LLC, | )<br>) |
| Defendants. | ) |

## ORDER DENYING AS MOOT THE MOTION OF DEFENDANTS TO DISMISS
### (DOCKET ENTRY 4)

Before the Court is the September 10, 2004 motion of Exxon Mobil Corporation and Spencer Gifts, LLC, ("Defendants") to dismiss the complaint of H. Kevin Ingram ("Plaintiff"), filed on behalf of himself and all others similarly situated. On February 7, 2005, the Magistrate Judge granted Plaintiff leave to file an amended complaint. Thereafter, on February 22, 2005, Defendants filed a motion to dismiss the first amended complaint. As such, the first motion to dismiss is rendered moot. Accordingly, the Court denies the motion to dismiss as moot.

IT IS SO ORDERED this 25 day of April, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02717 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

D. Frank Davis
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Howard E. Jarvis
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

John E. Norris
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Shelia B. Renfroe
THE RENFROE LAW FIRM, PLLC
P.O. Box 770095
Memphis, TN 38177--009

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT