IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 APR 27 PM 3:45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| H. KEVIN INGRAM, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION and SPENCER GIFTS, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 04-2717-D<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On February 22, 2005, Defendants Exxon Mobil Corporation and Spencer Gifts, LLC, filed a motion to dismiss the amended complaint of Plaintiff H. Kevin Ingram, on behalf of himself and all others similarly situated. To date, Plaintiff has not responded to Defendants' motion. On April 25, 2005, the Court denied Plaintiff's motion for remand. Accordingly, Plaintiff is hereby ordered to file a written response to the motion to dismiss within ten days of the entry of this order. Thereafter, the motion will be decided on the existing record.

**IT IS SO ORDERED** this 26 day of April, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BERNICE BOUIE DONALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02717 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Shelia B. Renfroe
THE RENFROE LAW FIRM, PLLC
P.O. Box 770095
Memphis, TN 38177--009

John E. Norris
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Howard E. Jarvis
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

D. Frank Davis
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Honorable Bernice Donald
US DISTRICT COURT