UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| H. Kevin Ingram, on behalf of Himself ) <br> and all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case Number: 04-2717-D <br> Exxon Mobil Corporation, and ) <br> Spencer Gifts LLC, ) <br> ) <br> Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND

This cause came on to be heard upon the Motion of the plaintiff, H. Kevin Ingram, requesting an enlargement of time to respond to defendant Exxon Mobil Corporation's Motion to Dismiss Plaintiff's Amended Class Action Complaint, and after reviewing the pleadings and being otherwise fully advised, it is hereby:

ORDERED, ADJUDGED and DECREED that the plaintiff's Motion for Enlargement of Time to Respond is hereby GRANTED and the plaintiff is granted a ten (10) day extension of time to respond to defendant Exxon Mobil Corporation's Motion to Dismiss Plaintiff's Amended Class Action Complaint.

ENTERED this 11th day of May 2005.

U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02717 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

John E. Norris
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

D. Frank Davis
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Shelia B. Renfroe
THE RENFROE LAW FIRM, PLLC
P.O. Box 770095
Memphis, TN 38177--009

Howard E. Jarvis
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Honorable Bernice Donald
US DISTRICT COURT