UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 AM 6: 37

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| H. Kevin Ingram, on behalf of Himself )<br>and all others similarly situated, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Exxon Mobil Corporation, and )<br>Spencer Gifts LLC, )<br>)<br>      Defendants. ) | Case Number: 04-2717-D |

## ORDER OF DISMISSAL

Based on the parties' Joint Stipulation of Dismissal, *H. Kevin Ingram v. Exxon Mobil Corporation and Spencer Gifts LLC*, Case Number 04-2717-D, is hereby dismissed without prejudice, each party to bear his or its own costs and attorney's fees and expenses.

Done this __3 /__ day of May 2005.

_____
U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02717 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Howard E. Jarvis
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Shelia B. Renfroe
THE RENFROE LAW FIRM, PLLC
P.O. Box 770095
Memphis, TN 38177--009

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John E. Norris
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

D. Frank Davis
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Honorable Bernice Donald
US DISTRICT COURT