FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

H. KEVIN INGRAM, On Behalf of Himself and all Others Similarly Situated

v.

EXXON MOBIL CORPORATION, and SPENCER GIFTS LLC

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2717-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 7, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

June 8, 2005
Date

ROBERT R. DI TROLIO

Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02717 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Ashley M. Barrington
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER
900 Riverview Tower
900 South Gay St.
Knoxville, TN 37902

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Shelia B. Renfroe
THE RENFROE LAW FIRM, PLLC
P.O. Box 770095
Memphis, TN 38177--009

John E. Norris
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Howard E. Jarvis
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

D. Frank Davis
THE RENFROE LAW FIRM
P.O. Box 770095
Memphis, TN 38177--009

Honorable Bernice Donald
US DISTRICT COURT